1  Michael Stepanian (CSBN 037712)
   819 Eddy Street
2  San Francisco, CA 94109
   Telephone: (415) 771-6174
3  Fax: (415) 474-3748

4  William Osterhoudt (CSBN 43021)
   135 Belvedere Street
5  San Francisco, CA 94117
   Telephone: (415) 664-4600
6  Fax: (415) 664-4691

7  Attorneys for Defendants
   ALLEN LAM and XANTHE LAM
8

9

10
                IN THE UNITED STATES DISTRICT COURT
11
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,            CASE NO.  18-CR-00527-WHA (JCS)

15          Plaintiff,                   **APPLICATION FOR ORDER AND [PROPOSED] ORDER WITHOUT OBJECTION TO MODIFY DEFENDANTS RELEASE CONDITIONS**
16      vs.

17  XANTHE LAM and ALLEN LAM,
18          Defendants.
19  _____/
20

21      Comes now defendants ALLEN LAM and XANTHE LAM, by and through undersigned

22  counsel, MICHAEL STEPANIAN and WILLIAM OSTERHOUDT, who respectfully request

23  this Honorable Court modify defendants release conditions with respect to the 9:00 p.m. curfew,

24  to permit defendants to return home by midnight on Thanksgiving night, Thursday, November

25  22, 2018.

26      Assistant United States Attorney Matthew Parrella and Pretrial Services Officer Josh

27  Libby have been contacted and have no objection to this requested modification.

28

APPLICATION and [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS
U.S. v. LAM, CR 18-CR-00527-WHA (JCS)

///

DATED: November 14, 2018	Respectfully submitted,

/s/ Michael Stepanian
MICHAEL STEPANIAN
Attorney for ALLEN LAM

DATED: November 14, 2018	Respectfully submitted,

/s/ William Osterhoudt
WILLIAM OSTERHOUDT
Attorney for XANTHE LAM

DATED: November 14, 2018	ALEX G. TSE
United States Attorney

/s/ Matthew Parrella
MATTHEW PARRELLA
Assistant United States Attorney

# [PROPOSED] ORDER

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT Defendants ALLEN LAM and XANTHE LAM's release conditions are modified to permit defendants to return home by midnight, Thursday, November 22, 2018.

DATED: November ___, 2018

THE HONORABLE UNITED STATES
MAGISTRATE JUDGE JOSEPH C. SPERO