1 | Michael Stepanian (CSBN 037712)
2 | 819 Eddy Street
  | San Francisco, CA 94109
3 | Telephone: (415) 771-6174
  | Facsimile:  (415) 474-3748
4 | William Osterhoudt (CSBN 43021)
5 | 135 Belvedere Street
  | San Francisco, CA 94117
  | Telephone: (415) 664-4600
6 | Facsimile: (415) 664-4691
7 | Attorneys for Defendants
  | ALLEN LAM and XANTHE LAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00527-WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MOVE THE BOND POSTING HEARING** |
| vs. | |
| XANTHE LAM and ALLEN LAM, | |
| Defendants. | |
| _____/ | |

STIPULATION

The parties jointly hereby request that the matter of posting of bond presently set for Friday, November 16, 2018 at 10:30 a.m. be enlarged to Friday, November 30, 2018 at 10:30 a.m. to ensure the property deed forms are properly recorded. The government has no objection

///

///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE BOND HEARING
U.S. v. LAM, CR 3:18-cr-00527-WHA

IT IS SO STIPULATED.

DATED: November 15, 2018        Respectfully submitted,

/s/
MICHAEL STEPANIAN
WILLIAM OSTERHOUDT
Attorneys for ALLEN and XANTHE LAM

DATED: November 15, 2018        ALEX G. TSE
United States Attorney

/s/
MATTHEW PARRELLA
MICHELLE KANE
Assistant United States Attorneys

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT Defendants ALLEN LAM and XANTHE LAM's bond hearing presently set for Friday, November 16, 2018 at 10:30 a.m. be enlarged to Friday, November 30, 2018 at 10:30 a.m.

IT IS SO ORDERED.

DATED: 11/16/18

THE HONORABLE UNITED STATES
MAGISTRATE JUDGE JOSEPH C. SPERO