Daniel Olmos (SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, California 94301
650/326-2980 – Telephone
650/326-9704 – Facsimile

Attorney for Defendant
Allen Lam

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>        Plaintiff,                              )<br>                                                           )<br>        vs.                                          )<br>                                                           )<br>ALLEN LAM, et al.,                          )<br>                                                           )<br>        Defendants.                           )<br>                                                           )<br>_____) | Case No.: CR 18-00527 WHA<br><br>**NOTICE OF APPEARANCE** |

Attorney Daniel Olmos hereby gives Notice of Appearance as attorney of record for Defendant Allen Lam in the above-entitled case. Daniel Olmos will serve as co-counsel for Mr. Lam with attorney of record Michael Stepanian.

Date:   December 12, 2018                         Respectfully submitted,


                                                                  _____/s/_____
                                                                  Daniel Olmos
                                                                  Attorney for Defendant Allen Lam