WILLIAM L. OSTERHOUDT (SBN 043021)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone: (415) 664-4600
Email: osterhoudt@aol.com

MICHAEL STEPANIAON, ESQ. (SBN 37712)
Law Offices of Michael Stepanian
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Fax: (415) 474-3748
Email: mstepanian@sbcglobal.net

Attorneys for Defendants
XANTHE LAM AND ALLEN LAM

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> XANTHE LAM, ALLEN LAM ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br>_____ ) | Case No. CR 18-00527 WHA (JCS) <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANTS TO TRAVEL IN CALIFORNIA WITH PERMISSION OF PRE-TRIAL SERVICES** |

STIPULATION

As a part of their conditions of Pre-Trial release, defendants Xanthe Lam and Allen Lam have been required to seek court approval for travel outside the Northern District of California. With the approval of their Pre-Trial Services Officer, Mr. Josh Libby, they are requesting permission to travel throughout California with the permission of Pre-Trial Services. The United States is agreeable to this request, provided defendants obtain permission from Pre-Trial Services

---

1

to travel outside the Northern District, and provide their itinerary to Pre-Trial Services for each such request. The Pre-Trial Services Officer, Mr. Libby, has no objection to these changes in the defendants' bond conditions.

Accordingly, it is stipulated and agreed between the parties that the conditions of Pre-Trial release for defendants, Allen Lam and Xanthe Lam shall be modified so that they may travel within the State of California with the permission of their Pre-Trial Services Officer. When such travel within California is requested, in advance of their travel, defendants shall provide Pre-Trial Services with their itinerary and shall obtain the permission of their Pre-Trial Services Officer.

DATED: December –16–, 2019                                    Respectfully submitted,

/s/ Michael Stepanian
Michael Stepanian
Counsel for Defendant Allen Lam

/s/ William L. Osterhoudt
William L. Osterhoudt,
Counsel for Defendant Xanthe Lam

/s/ Sheila Armbrust
Sheila Armbrust
Assistant United States Attorney

[PROPOSED] ORDER

On stipulation of the parties, and good cause appearing, it is hereby ordered that the conditions of the release for defendants Xanthe Lam and Allen Lam shall be modified to allow them to travel within the state of California with the permission of the Pre-Trial Services Officer. When requesting such travel, and in advance of their travel, the defendants shall provide their Pre-Trial Services Officer with their itinerary.

DATED: December 23, 2019

HON. JOSEPH C. SPERO
Chief U.S. Magistrate Judge
THOMAS S. HIXON
UNITED STATES MAGISTRATE JUDGE

*Stipulation and [Proposed] Order,* Case No. CR 1800527

2